UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEREK WILLIAMS; WILLIAMS DEREK IRREVOCABLE LIVING TRUST,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>AUDUBON TP4 LLC, ET AL.,<br><br>　　　　　　　　　Defendants. | 23-CV-8758 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 5, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:　December 5, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　Chief United States District Judge